Filed 4/16/21  P. v. Perkins CA2/4

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(a). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115(a).

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE, | B306121 |
| Plaintiff and Respondent, | Los Angeles County |
| v. | Super. Ct. No. BA080757 |
| FRANKLIN PERKINS, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, James R. Dabney, Judge. Dismissed.

Christopher Love, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 1994, a jury convicted defendant and appellant Franklin Perkins of second degree murder (Pen. Code, § 187, subd. (a)),[1] and the trial court sentenced him to an indeterminate term of 15 years to life in state prison. In 2020, Perkins filed a petition for resentencing under section 1170.95. The trial court denied the petition, concluding Perkins was ineligible for relief because he was the actual killer. Perkins timely appealed.

Appellate counsel filed a brief identifying no issues and requesting that this court follow the procedures set forth in *People v. Serrano* (2012) 211 Cal.App.4th 496. The court notified Perkins he had 30 days to file a supplemental brief. Perkins did not file a supplemental brief. This court has no independent duty to review the record for reasonably arguable issues. (*People v. Cole* (2020) 52 Cal.App.5th 1023, 1039-1040, review granted, Oct. 14, 2020, No. S264278.) We therefore dismiss Perkins's appeal as abandoned. (*Ibid*.)

---

[1]     All undesignated statutory references are to the Penal Code.

DISPOSITION

The appeal is dismissed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**


CURREY, J.


We concur:


MANELLA, P.J.


COLLINS, J.